STATE *v.* MORGAN and STRADLEY *v.* KING.

In *State* v. *Morgan*, 85 N. C., 581 : The following should have appeared among the authorities cited in the report of the case, to wit, *Regina* v. *Brownlow*, 39 Eng. Com. Law Rep., 34, to the effect—A coroner's inquisition on a dead body, found, that on a day and at a place named, the deceased being on board a steamer received a shock from the bursting of the boiler, and that boiling water, coal, &c., were thereby thrown against deceased, of which shock, &c., the deceased *instantly* died; Inquest quashed because no time was sufficiently laid for the time of the death.

In *Stradley* v. *King*, 84 N. C., page 637, line 3 : The transcript upon which the court acted shows "that there was agreement" between purchaser and plaintiff, &c. After the publication of the reports the counsel interested caused a certified copy of the record to be sent up, and called attention to the omission of the word "no" in the said transcript —which should read "there was no agreement," &c.